UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:  
MARIA I AGUINAGA

CASE NO.  09-36688-BKC-RAM

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 300.00 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $ .00 remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: SEP 1 2010

NANCY N. HERKERT
CHAPTER 13 TRUSTEE

Copies to:

MARIA I AGUINAGA  
1674 NE 177 ST  
MIAMI, FL 33162

JAMES ALAN POE, ESQ  
9500 S DADELAND BLVD  
SUITE 610  
MIAMI, FL 33156

HSBC BANK USA, NA  
3415 VISION DRIVE  
COLUMBUS, OH 43219

U.S. Trustee  
51 S. W. 1st Avenue  
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                        CASE NO.   09-36688-BKC-RAM
MARIA I AGUINAGA

                                              CHAPTER 13

MARIA I AGUINAGA

1674 NE 177 ST
MIAMI, FL 33162


JAMES ALAN POE, ESQ
9500 S DADELAND BLVD
SUITE 610
MIAMI, FL 33156

HSBC BANK USA, NA                    ---------$          300.00
3415 VISION DRIVE
COLUMBUS, OH 43219

                                     **UNDELIVERABLE/STALE**
                                     **CLAIM REGISTER#** _9_
U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130